Grady STOKES v. STATE.
1 Div. 185.

Court of Appeals of Alabama.
Nov. 20, 1934.

BRICKEN, Presiding Judge.
Affirmed.

Ross STONAKER v. STATE.
5 Div. 932.

Court of Appeals of Alabama.
Nov. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.

Henry STONE v. STATE.
7 Div. 153.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Appeal dismissed.

Miles STRICKLAND v. STATE.
8 Div. 252.

Court of Appeals of Alabama.
Oct. 29, 1935.

SAMFORD, Judge.
Affirmed.

Crosby STRICKLIN, alias Strickland, v.
STATE.
8 Div. 679.

Court of Appeals of Alabama.
Jan. 30, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

George STRINGER v. STATE.
4 Div. 99.

Court of Appeals of Alabama.
Nov. 13, 1934.

RICE, Judge.
Affirmed.

J. A. STRIPLING v. FOWLER MOTOR CO.
6 Div. 644.

Court of Appeals of Alabama.
Nov. 30, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.